# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RONALD A. DECKER & DAWN M. DECKER  Case Number: 05-73503
141 WOODROW STREET  SSN-xxx-xx-0328 & xxx-xx-6131
ROCKFORD, IL 61101

Case filed on: 7/12/2005
Plan Confirmed on: 9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $49,530.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WASHINGTON MUTUAL BANK FA | 0.00 | 0.00 | 23,125.00 | 0.00 |
| | Total Continue | 0.00 | 0.00 | 23,125.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 007 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ARROW FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NATIONAL ACCOUNT SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NATIONAL ACCOUNT SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RONALD A. DECKER | 0.00 | 0.00 | 390.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 390.00 | 0.00 |
| 001 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 2,725.00 | 2,725.00 | 2,725.00 | 363.90 |
| 002 | CITIZENS FINANCE | 9,330.00 | 9,330.00 | 9,330.00 | 1,243.65 |
| 004 | WASHINGTON MUTUAL BANK FA | 2,602.70 | 2,602.70 | 2,602.70 | 0.00 |
| | Total Secured | 14,657.70 | 14,657.70 | 14,657.70 | 1,607.55 |
| 001 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 3,540.66 | 3,540.66 | 1,433.24 | 0.00 |
| 002 | CITIZENS FINANCE | 394.68 | 394.68 | 159.76 | 0.00 |
| 005 | ACE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MED-1 SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 1,448.19 | 1,448.19 | 586.21 | 0.00 |
| 013 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RADIOLOGICAL CONS. ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ASSET ACCEPTANCE CORP | 699.69 | 699.69 | 283.23 | 0.00 |
| 021 | SECURITY FINANCE | 901.60 | 901.60 | 364.96 | 0.00 |
| 022 | SECURITY FINANCE | 917.39 | 917.39 | 371.35 | 0.00 |
| 023 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NATIONAL ACCOUNT SYSTEMS INC | 649.00 | 649.00 | 262.71 | 0.00 |
| 034 | ROCKFORD MERCANTILE AGENCY INC | 1,166.65 | 1,166.65 | 472.25 | 0.00 |
| | Total Unsecured | 9,717.86 | 9,717.86 | 3,933.71 | 0.00 |
| | Grand Total: | 27,075.56 | 27,075.56 | 44,806.41 | 1,607.55 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $46,413.96 |
| Trustee Allowance: | $3,116.04 |
| Percent Paid Unsecured: | 40.48 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                        /s/ Lydia S. Meyer
                                    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>10/30/2008</u>          By <u>/s/Heather M. Fagan</u>